CRIMINAL APPEALS
CERTIFICATE OF NOTICE OF APPEAL TO THE FOURTH COURT OF APPEALS

TRIAL COURT NO. 2017CR1009

THE STATE OF TEXAS

VS

ALONZO AUGUST WHITTINGTON

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
09/26/2017 11:49:00 AM
KEITH E. HOTTLE
CLERK

IN THE 290TH DISTRICT COURT

OF

BEXAR COUNTY, TEXAS

1. Defendant filed motion for new trial: X no __ yes, date filed:_____

2. Notice of appeal was filed on 09-25-2017

3. The Honorable MELISA SKINNER _____ presided at the hearing .

4. The above named defendant was convicted _____ of the offense(s) of POSS CS PG 1 1 GRAM TO 4 GRAM

as a (XXXXXXXX)(XXXXXXXX).

5. State's appeal attorney: NICHOLAS LAHOOD _____ 300 Dolorosa, Suite 4025, Bexar County Justice
Center, San Antonio, Texas,78205 (210)335-2413    SBN: 24030360 _____

6. Hearing ___ Attorney(s): JOANNE MARIE EAKLE _____

XXXXXXXX(Appointed) Appeals attorney:JAIME ALDAPE _____
Address & Phone No:5511 W IH 10 SAN ANTONIO, TX, 78201-2877 (210)545-4529 _____ SBN: 24031809 _____

Defendant Pro-Se__ Yes X No
7. The trial held was:___Trial before the Court          ___Jury trial on guilt only
___Jury trial on punishment only          ___Jury trial guilt and punishment
___Plea of guilt / nolo contendere to court - negotiated plea agreement followed by court
___Pretrial motion heard prior to plea    ___Open/non negotiated plea of guilty/nolo contendere
_X_Motion to enter adjudication of guilt ___Motion to revoke community supervision
___Other_____

8. The sentence was (imposed ) on:08-31-2017 for a period of:yrs:002 mths:00
and a fine of $        1,200.00 _____

9. Defendant is presently in:X_ BCADC ___ TDCJID. Defendant is on __ ** RWOB ** _____ appeal bond.

10. Name and Address of Court Reporter(s) who reported the evidence: MARY BETH SASALA 300 DOLOROSA
SA,TX 78205 (DISC ACKNOWLEDGE 3/31/17, MTEAG REVOCATION 8/31/17)
ERMINIA UVIEDO 101 W. NUEVA SA,TX 78205 (DEF ADJ 4/4/17)
11. If two or more cases were tried together the other cases that have been or may be appealed are:(Defendant's na
& cause number) _____

WITNESS MY HAND THIS THE 25th DAY OF September , 2017

COURT REPORTER(S): **MARY BETH SASALA (HAND DELIVERED)** Date: **9/25/2017**
**ERMINIA UVIEDO (HAND DELIVERED)** Date: **9/25/2017**
KEITH E. HOTTLE, CLERK

BY:_____ Date:_____
Deputy

DONNA KAY MCKINNEY
BEXAR COUNTY DISTRICT CLERK
BY:
CHAVEZ ASHLEY NICHOLE                    ,DEPUTY

(jsdca)

Cause NO. 2017CR1009

THE STATE OF TEXAS                                    IN THE DISTRICT COURT

VS.                          FILED                    290th JUDICIAL DISTRICT
                     ___ O'CLO.        M
                           SEP 2 5 2017
Alonzo A. Whittington                                 BEXAR COUNTY, TEXAS
                     District Clerk, Bexar County, Texas
                     BY_____ DEPUTY

NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

Come now Alonzo A. Whittington                , Defendant in the

above styled and numbered cause, on this the ___13___ day of

September              , 2017     , and within thirty (30) days of

sentencing having been imposed against Defendant on the 31st day of

August              , 2017     , in said cause, and files this written

notice of appeal of said conviction to the 4th Court of Appeals, Bexar County Criminal

Justice Center, 300 Dolorosa, San Antonio, Texas 78205.

Respectfully submitted,

_____              _____

Attorney for Defendant                 Defendant



CAUSE NO. _2617 CR1600 - Appeal_

STATE OF TEXAS                           290TH DISTRICT COURT

BEXAR COUNTY, TEXAS

### APPOINTMENT OF ATTORNEY

The court in accordance with Article 26.04 code of Criminal Procedure, as amended hereby appoints attorney

_Jamie Aldape_ , BAR NO. _24031809_
Attorney

to represent

_Alonzo Whittington_ , SID NO. _1072692_
Defendant

Such representation is to continue, (unless relived by the Court earlier, after finding good cause is entered on the record), until charges are dismissed, the defendant is acquitted, all post-trial motions are resolved, notice of appeal is perfected, or until relieved by the Court or replaced by other counsel.

Performance of duties under this order of appointment will result in submission of your claim for payment by submitting a payment voucher for Court approval.

SIGNED and ORDERED this _25th_ day of _September_ , 20 _17_.

**JUDGE MELISA SKINNER**
290TH DISTRICT COURT
BEXAR COUNTY, TEXAS



No. 2017 CR 1009

| The State of Texas | § | In the 290 District Court |
|---|---|---|
| vs. | § | of |
| ALONZO WHITTINGTON | § | Bexar County, Texas |

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, judge of the trial court, certify this criminal case:

☐    is not a plea-bargain case, and the defendant has the right of appeal; (or)

☐    is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial and not withdrawn or waived, and the defendant has the right of appeal; (or)

☐    is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal; (or)

☐    is a plea-bargain case, and the defendant has NO right of appeal; (or)

☑    is a revocation of the defendant's community supervision, and the defendant has the right to appeal the court's action revoking the community supervision, but not the underlying conviction; (or)

☑    is an adjudication of guilt following a deferred adjudication, and the defendant has a limited right of appeal; (or)

☐    is a decision on the defendant's motion for forensic DNA testing and the defendant has the right of appeal; (or)

☐    is one in which the defendant has waived the right of appeal.

_____
**JUDGE**

8 - 31 - 17
_____
Date Signed

I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a *pro se* petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeals's judgment and opinion to my last known address and that I have only 30 days in which to file a *pro se* petition for discretionary review in the Court of Criminal Appeals, Tex. R. App. P. 68.2.

_____
**DEFENDANT**

Mailing address:_____
Telephone number:_____

Fax number if any:_____

I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a *pro se* petition for discretionary review.

_____
**ATTORNEY FOR DEFENDANT**

Bar number:_____
Mailing address:_____

_____
Telephone:_____
Fax:_____

*"A defendant in a criminal case has the right of appeal under Code of Criminal Procedure Article 44.02 and these rules. This trial court shall enter a certification of the defendant's right of appeal each time it enters a judgement of guilt or other appealable order. In a plea bargain case - that is, a case in which a defendant's plea was guilty or nolo contedere and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant - a defendant may appeal only: (A) those matters that were raised by written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal." TEXAS RULE OF OF APPELLATE PROCEDURE 25.2(a)(2).